FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-50424 | | | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|---|---|
| Case Name: | HURST, JOSEPH RANDALL AND HURST, BARBARA JANE | | | Date Filed (f) or Converted (c): | 01/28/2015 (f) |
| For the Period Ending: | 05/05/2015 | | | §341(a) Meeting Date: | 03/09/2015 |
| | | | | Claims Bar Date: | 06/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 3001 Montgomery Road, Newark, Ohio 43055 | $103,800.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| 3 | PNC Bank | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Cardinal Federal CU - Checking | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Cardinal Federal CU - Savings | $5.00 | $0.00 | | $0.00 | FA |
| 6 | Hopewell Federal CU - Checking | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Hopewell Federal CU - Savings | $25.00 | $0.00 | | $0.00 | FA |
| 8 | Miscellaneous household goods | $2,500.00 | $0.00 | | $0.00 | FA |
| 9 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 10 | American Income Whole Life - Face value $15,000, beneficiary Wife | $270.00 | $0.00 | | $0.00 | FA |
| 11 | American Income Whole Life - Face value $11,000, beneficiary Husband | $187.00 | $0.00 | | $0.00 | FA |
| 12 | Erie Term Life - Face value $100,000, beneficiary children | $0.00 | $0.00 | | $0.00 | FA |
| 13 | IBEW Annuity | $113,391.00 | $0.00 | | $0.00 | FA |
| 14 | School Employees Retirement System | $17,204.00 | $0.00 | | $0.00 | FA |
| 15 | Ohio Deferred Comp | $3,417.00 | $0.00 | | $0.00 | FA |
| 16 | TSP/Federal Employees Retirement System | Unknown | $0.00 | | $0.00 | FA |
| 17 | Wages | Unknown | $0.00 | | $0.00 | FA |
| 18 | Tax refund | $213.00 | $6,244.00 | | $6,244.00 | $0.00 |
| 19 | 2014 Chevrolet Impala | $18,000.00 | $18,000.00 | | $0.00 | FA |
| 20 | 1996 Cadillac Deville | $1,000.00 | $0.00 | | $0.00 | FA |
| 21 | 1987 BMW 52SE | $1,000.00 | $0.00 | | $0.00 | FA |
| 22 | 1985 Terry Taurus Travel Trailer | $100.00 | $0.00 | | $0.00 | FA |
| 23 | 2000 Polaris ATV | $800.00 | $0.00 | | $0.00 | FA |
| 24 | 2000 Carry On Travel Trailer | $200.00 | $0.00 | | $0.00 | FA |
| 25 | 1994 International flatbed trailer | $1,200.00 | $0.00 | | $0.00 | FA |
| 26 | 2000 Chevrolet Suburban | $2,000.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 15-50424 | Trustee Name: | Myron N. Terlecky |
| --- | --- | --- | --- |
| Case Name: | HURST, JOSEPH RANDALL AND HURST, BARBARA JANE | Date Filed (f) or Converted (c): | 01/28/2015 (f) |
| For the Period Ending: | 05/05/2015 | §341(a) Meeting Date: | 03/09/2015 |
| | | Claims Bar Date: | 06/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Asset |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding unknown value) | $266,232.00 | $24,244.00 | | $6,244.00 | $0.00 |

**Major Activities affecting case closing:**

| 05/05/2015 | Tax refund has been received. Claims will be reviewed after the bar date. |
| --- | --- |
| 04/27/2015 | The Trustee received the tax returns from the Debtors and the refund was higher than what was originally testified at the meeting of creditors. The original Report of No Distribution was withdrawn on March 25, 2015. On March 26, 2015, correspondence was sent with regard to the turnover of the tax refund. The Trustee received additional information with regard to a set off by the IRS and on April 27, 2015, additional correspondence was sent demanding the turnover of the tax refunds. |

| Initial Projected Date Of Final Report (TFR): | 08/31/2015 | Current Projected Date Of Final Report (TFR): | /s/ MYRON N. TERLECKY |
| --- | --- | --- | --- |
| | | | MYRON N. TERLECKY |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |  |
|---|---|---|---|
| **Case No.** | 15-50424 | **Trustee Name:** | Myron N. Terlecky |
| **Case Name:** | HURST, JOSEPH RANDALL AND HURST, BARBARA JANE | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3121 | **Checking Acct #:** | ******0118 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 01/28/2015 | **Blanket bond (per case limit):** | $1,600,000.00 |
| **For Period Ending:** | 05/05/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/30/2015 | (18) | Barbara J. Hurst | Payment of Tax Refunds Due Estate | 1124-000 | $6,244.00 | | $6,244.00 |
| | | | **TOTALS:** | | $6,244.00 | $0.00 | $6,244.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,244.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,244.00 | $0.00 | |

| For the period of 01/28/2015 to 05/05/2015 | | For the entire history of the account between 04/29/2015 to 5/5/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,244.00 | Total Compensable Receipts: | $6,244.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,244.00 | Total Comp/Non Comp Receipts: | $6,244.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|
| Case No. | 15-50424 | Trustee Name: | Myron N. Terlecky |
| Case Name: | HURST, JOSEPH RANDALL AND HURST, BARBARA JANE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3121 | Checking Acct #: | ******0118 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | |
| For Period Beginning: | 01/28/2015 | Blanket bond (per case limit): | $1,600,000.00 |
| For Period Ending: | 05/05/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $6,244.00 | $0.00 | $6,244.00 |

**For the period of 01/28/2015 to 05/05/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,244.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,244.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/29/2015 to 5/5/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,244.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,244.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MYRON N. TERLECKY

MYRON N. TERLECKY